

I give my consent to become a party to this lawsuit against Stevens Engineers and Constructors, Inc., including Count I, The Equal Pay Act claim.

Date: 10/10/2025

Valerie E. Trissel